### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

ALEJANDRO ESPINOZA**,**                          **:**
                                                  **:**
   Plaintiff**,**                  **:**
                                                  **:**
   v.                               **:**   Case No. 1:24-cv-20440
                                                  **:**
THE MEN'S WEARHOUSE, LLC.,                         **:**
a Foreign Limited Liability Company,              **:**
D/B/A MEN'S WEARHOUSE,                            **:**
                                                  **:**
   Defendant.                       **:**

## NOTICE OF SETTLEMENT

Defendant The Men's Wearhouse, LLC ("Defendant") hereby notifies this Court that Defendant and Plaintiff Alejandro Espinoza (collectively, the "Parties") have reached a settlement in principle in this case.  The Parties are in the process of finalizing the terms of their agreement and respectfully request a stay for sixty (60) days for the Parties to file a Stipulation of Dismissal with Prejudice.

Respectfully Submitted,

/s/ *Liana R. Hollingsworth*
Liana R. Hollingsworth (FL Bar #0076930)
Vorys, Sater, Seymour and Pease, LLP
200 Public Square, Suite 1400
Cleveland, OH  44114
(216) 479-6152
lrhollingsworth@vorys.com

*Attorney for Defendant*
*The Men's Wearhouse, LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2024, the foregoing was been served upon all counsel of record through the Court's CM/ECF system.


/s/ *Liana R. Hollingsworth*